PROB 35



# United States District Court
Western District of Kentucky

## REPORT AND ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

UNITED STATES OF AMERICA

v.   Crim. No. 0644 1:05CR00002

Kenneth Wayne Bridgewater

On May 4, 2018, the above named was placed on supervised release for a period of 8 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_United States Probation Officer_   7/1/22

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Joseph H. McKinley Jr., Senior Judge
United States District Court

July 11, 2022